**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 22-CR-20104-JB**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**GERSAIN MENDIVELSO JAIMES,**

**Defendant.**
**_______________________________________/**

***DEFENDANT GERSAIN MENDIVELSO JAIMES'S***
***MOTION TO APPROVE SECOND-CHAIR COUNSEL***

Defendant, **GERSAIN MENDIVELSO JAIMES**, hereinafter referred to as "Jaimes", by and through his undersigned attorney, files this Motion to Approve Second-Chair Counsel, and in support thereof, states as follows:

1. Mr. Jaimes is charged in Counts 1, 2 and 3 of the Sixth Superseding Indictment. Each count carries a maximum sentence of life imprisonment.
2. The charges arise from the 2021 assassination of Haitian President Jovenel Moïse in Haiti.
3. Mr. Jaimes, a Colombian national, was brought to this District from Haiti on September 20, 2026, and made his initial appearance on September 21, 2026.
4. On September 21, 2026, undersigned counsel was appointed to represent Mr. Jaimes pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. (See [DE 1927).
5. Five defendants from this indictment have already been to trial. That trial lasted approximately 42 days and, given the complexity of the case, all five of them had at least two attorneys representing them.

6. This case will include voluminous discovery, as reported by the Government in a recent email: "Excluding the physical evidence, this case involves over 85 TB of information and data, with over 150 digital devices and more than 500 witness interviews."

7. On April 27, 2022, this Court found this prosecution complex. (See [DE 21] PAPERLESS ORDER).

8. This District's plan provides: "More than one attorney may be appointed in any case determined by the court to be complex." S.D. Fla. CJA Plan § VI.D (rev. May 2024).

9. The Judicial Conference guidelines allow appointment of an additional attorney "[i]n an extremely difficult case where the court finds it in the interest of justice." Guide to Judiciary Policy, Vol. 7A, ch. 2, § 230.53.20(a).

10. Consequently, Mr. Jaimes and the undersigned respectfully request that the Court approve Mr. Erick Cruz, Esq., as Second-Chair in this case.

11. Mr. Cruz, a 2007 graduate of Stetson University College of Law, has been a Member in Good Standing of The Florida Bar since 2007. (Bar Number: 42638); has been admitted to practice in this District since 2011, and has been admitted to the Eleventh Circuit Court of Appeals since 2015.

12. Mr. Cruz would bring a wealth of experience to this case. His practice is almost exclusively limited to criminal defense; he has been a member of this District's CJA Panel since 2016 and has been appointed as lead CJA counsel in over 40 cases. Mr. Cruz is also an adjunct professor at the University of Miami School of Law.

13. Therefore, Mr. Cruz's education and his experience in criminal defense advocacy, trial preparation and client representation, makes him well-suited to serve in this role.

14. The undersigned conferred with Assistant United States Attorney Sean McLaughlin, who indicated that the Government takes no position as to the relief requested in this Motion.

**WHEREFORE**, the Defendant and undersigned counsel respectfully request that this Honorable Court grant Defendant's Motion to Approve Second-Chair Counsel; approve the appointment of Erick Cruz, Esq., as Second-Chair defense counsel in this case; and authorize him compensation as second-chair counsel under Chapter 2, § 230.16(b) of the Criminal Justice Act (CJA) Guidelines.

**DATED** September 29, 2026.

***/s/ Nayib Hassan, Esq.***
Counsel on behalf of Gersain Mendivelso Jaimes

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 29, 2026, undersigned counsel electronically filed the foregoing Defendant's Motion to Approve Second-Chair Counsel with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record registered therein and that a copy thereof has been emailed to Erick Cruz, Esq., at criz@erickcruzlaw.com.

**Respectfully submitted,**

***/s/ Nayib Hassan, Esq.***
**Nayib Hassan, Esq. / Fla. Bar. No. 20949**
**LAW OFFICES OF NAYIB HASSAN, P.A.**
**6175 NW 153 St., Suite 209**
**Miami Lakes, Florida 33014**
**Tel. No.: 305.403.7323**
**Fax No.: 305.403.152**